# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **JOHN DOE I, JANE DOE I, AND JANE DOE II** | § § § | |
| Plaintiffs, | § | |
| vs. | § § | |
| **THE EPISCOPAL SCHOOL OF DALLAS, INC.,** | § § § § | **CIVIL ACTION NO. _____** |
| Defendant, | § | |

## <u>DEFENDANT THE EPISCOPAL SCHOOL OF DALLAS, INC.'S APPENDIX TO NOTICE OF REMOVAL</u>

**SUBMITTED BY HAND FOR FILING UNDER SEAL**

Respectfully submitted,


__/s/ Chrysta L. Castañeda____ _____
Chrysta L. Castañeda
  Texas State Bar No. 15325625
A. Shonn Brown
  Texas State Bar No. 24007164
Ethan M. Lange
  Texas State Bar No. 24064150
**LOCKE LORD BISSELL & LIDDELL LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800
E-Mail:  ccastaneda@lockelord.com

**ATTORNEYS FOR DEFENDANT**
**THE EPISCOPAL SCHOOL OF DALLAS, INC.**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the above and foregoing instrument has been served via facsimile and hand delivery on the following counsel of record on this 20th day of May 2011, as follows:

**Charla G. Aldous**
**Brent R. Walker**
ALDOUS LAW FIRM
2311 Cedar Springs Road, Suite 200
Dallas, Texas 75201
Fax: 214-526-5525


                                              __/s/ Chrysta L. Castañeda____
                                              Chrysta L. Castañeda