IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOHN DOE, JANE DOE I, AND JANE DOE II,** § § § | |
| Plaintiffs, § | |
| v. § | Civil Action No. **3:11-CV-1058-L** |
| § | |
| **THE EPISCOPAL SCHOOL OF DALLAS, INC.,** § § | |
| § | |
| Defendant. § | |

## ORDER

On May 24, 2011, the court held a telephone conference on Defendant's Motion for Reconsideration, filed May 23, 2011. For the reasons stated on the record, the court **grants** Defendant's Motion to Reconsider, **vacates** its May 23, 2011 Order, and **amends** the briefing schedule on this matter. Accordingly, Defendant's response to Plaintiffs' Emergency Motion to Remand to State Court and for Sanctions must be **filed** by **Wednesday, June 1, 2011,** at **5:00 p.m.;** and Plaintiffs must file a **reply** by **June 3, 2011,** at **5:00 p.m.** The parties are to rely on authority from the United States Supreme Court or United States Court of Appeals for the Fifth Circuit, unless such authority does not exist. If the court deems that a hearing on Plaintiffs' Motion to Remand is warranted, it will set the hearing as expeditiously as possible; otherwise, the court will rule on the written submissions.

**It is so ordered** this 25th day of May, 2011.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order- Solo Page